IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 24-03015-01-CR-S-BCW |
| KEITH A THOMPSON, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Motion to Dismiss Case filed by Defendant personally. (Doc. 34.) Defendant, who is currently detained at the St. Clair County Jail and is awaiting trial, requests that this case be dismissed. However, Defendant is represented by an attorney, and the Court "is not required to entertain *pro se* motions filed by a represented party." *United States v. Tollefson*, 853 F.3d 481, 485 (8th Cir. 2017). On January 31, 2024, the undersigned issued a Scheduling and Trial Order advising that *pro se* filings will not be accepted from defendants who are represented by counsel. (Doc. 15 ¶ VI(A).)

Accordingly, the *pro se* Motion to Dismiss Case is **DENIED** without prejudice. Any motion to the Court must be made by and through Defendant's attorney. The Clerk's Office is directed to send a copy of this Order to Defendant via regular mail.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: May 6, 2025